**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| ALEXIS CANTU PEREZ | Case No. 1:26-cv-00909 |
| Petitioner, | **JUDGE JAMES D CAIN, JR** |
| v. | **MAGISTRATE JUDGE KAYLA D MCCLUSKY** |
| BRIAN ACUNA ET AL | |
| Respondents. | |

**ORDER**

IT IS ORDERED THAT the petition for habeas corpus is hereby dismissed in the above described action

SO ORDERED on this, the 7th day of May, 2026.

_____
US DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2026, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Brian ACUNA, et al. I hereby certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants: Warden.

/s/ *Logan Duplessis*
Attorney for Petitioner